# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

TEDDY A. SCOBEE, )
    Movant, )
 )
vs. ) Case No. 16-cv-00156-DW
 ) Crim No. 14-cr-00161-DW
UNITED STATES OF AMERICA, )
    Respondent. )

## JUDGMENT IN A CIVIL CASE

    \_\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**   **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

    It is ORDERED AND ADJUDGED that

    Movant's Motion to Correct Sentence under 28 U.S.C. § 2255 is DENIED; and an evidentiary hearing is not necessary because Movant's claims are inadequate on their face; and a certificate of appealability will not issue because Movant has not made a substantial showing of the denial of a constitutional right.


| June 3, 2016 | Paige Wymore-Wynn |
|---|---|
| Dated | Clerk of Court |
| | |
| June 6, 2016 | /s/ Rhonda Enss |
| Entered | (by) Deputy Clerk |